UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    **Plaintiff,**

vs.                                                                                          Case No. 6:22-cv-1953-ACC-EJK

**WORLD MARKET OF FLORIDA, LLC.,**
**a/k/a WORLD MARKET LLC, a foreign**
**limited liability company,**

    **Defendant.**

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, VICTOR ARIZA, by and through undersigned counsel, hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any part in the case:

        a)    **Victor Ariza – Plaintiff**

        b)    **Roderick V. Hannah, Esq. – Plaintiff's counsel**

        c)    **Roderick V. Hannah, Esq., P.A. – Plaintiff's counsel**

        d)    **Pelayo M. Duran, Esq. – Plaintiff's counsel**

        e)    **Law Office of Pelayo Duran, P.A. – Plaintiff's counsel**

        f)    **World Market of Florida, LLC – Defendant**

2

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None other than the persons and entities identified above.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wronged including every person who may be entitled to restitution:

**Plaintiff identified above.**

We hereby certify that, except as disclosed above, we are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** <br> Counsel for Plaintiff <br> 4800 North Hiatus Road <br> Sunrise, FL  33351-7919 <br> T. 954/362-3800 <br> 954/362-3779 (Facsimile) <br> Email:  rhannah@rhannahlaw.com <br><br> By____*s/ Roderick V. Hannah*____ <br> RODERICK V. HANNAH <br> Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.** <br> Co-Counsel for Plaintiff <br> 4640 N.W. 7th Street <br> Miami, FL 33126-2309 <br> T. 305/266-9780 <br> 305/269-8311 (Facsimile) <br> Email: pduran@pelayoduran.com <br><br> By ___*s/ Pelayo M. Duran*_____ <br> PELAYO M. DURAN <br> Fla. Bar No. 0146595 |

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 7th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Defendant*
*WORLD MARKET OF FLORIDA, LLC*

                                        /s/ *Roderick V. Hannah*
                                          Roderick V. Hannah