UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    **Plaintiff,**

vs.                                                        Case No. 6:22-cv-1953-ACC-EJK

**WORLD MARKET OF FLORIDA, LLC.,**
**a/k/a WORLD MARKET LLC, a foreign**
**limited liability company,**

    **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, and Defendant, WORLD MARKET OF FLORIDA, LLC, by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file the dismissal documents.

Dated:  December 12, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**BRYAN CAVE LEIGHTON PAISNER, LLP**
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: romeroe@bclplaw.com

By: */s/ Ezequiel J. Romero*
      Ezequiel J. Romero
      Fla. Bar No. 107216